**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **CHRISTOPHER OLIVER,** | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **CIVIL ACTION NO. 26-CV-5669** |
| | : | |
| **AYANNA LOCKWOOD,** | : | |
| **Defendant.** | : | |

# ORDER

AND NOW, this 9th day of November 2026, upon consideration of Christopher Oliver's Motion to Proceed *In Forma Pauperis* (ECF No. 4), Prisoner Trust Fund Account Statement (ECF No. 5), and *pro se* Complaint (ECF No. 1), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. Christopher Oliver, #1993-1612, shall pay the full filing fee of $350 in installments, pursuant to 28 U.S.C. § 1915(b), regardless of the outcome of this case. The Court directs the Warden of Berks County Jail or other appropriate official to assess an initial filing fee of 20% of the greater of (a) the average monthly deposits to Oliver's inmate account; or (b) the average monthly balance in Oliver's inmate account for the six-month period immediately preceding the filing of this case. The Warden or other appropriate official shall calculate, collect, and forward the initial payment assessed pursuant to this Order to the Court with a reference to the docket number for this case. In each succeeding month when the amount in Oliver's inmate trust fund account exceeds $10.00, the Warden or other appropriate official shall forward payments to the Clerk of Court equaling 20% of the preceding month's income credited to Oliver's inmate account until the fees are paid. Each payment shall refer to the docket number for this case.

3. The Clerk of Court is **DIRECTED** to send a copy of this Order to the Warden of Berks County Jail.

4. The Complaint is **DEEMED** filed.

5. For the reasons stated in the Court's accompanying Memorandum, the Complaint is **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

6. The Clerk of Court is **DIRECTED** to restrict access to the Complaint (ECF No. 1) to public terminal users only because it contains the name of Oliver's minor child.[1]

7. The Clerk of Court shall **CLOSE** this case.

**BY THE COURT:**

*/s/ Jeffrey L. Schmehl*

**JEFFREY L. SCHMEHL**
**United States District Court Judge**

[1] This limits viewing of the Complaint on the court's CM/ECF system to court users, case participants, and those using the court computer in the Clerk's Office. Pursuant to Local Rule 5.1.3., personal identifiers such as names of minor children "must be modified or partially redacted in all documents filed either in paper or electronic form." *See* also Fed. R. Civ. P. 5.2(a) (regarding personal information in court filings).